# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cv-00203-MR

| | |
|---|---|
| WENDELL J. LE MAITRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| FNU CHESTER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Suplemental [*sic*] Complaint's Additional Documents Disciplinary Reports." [Doc. 23].

For the sake of economy, the Court herein incorporates its recent Order at Docket No. 22. Plaintiff has now filed a supplement to his "Supplemental Complaint," [Doc. 19], which the Court construed as a motion to amend complaint and denied. For the same reasons the Court denied Plaintiff's motion to amend and to ensure consistency and clarity of the docket in this matter, the Court will strike Plaintiff's pending filing. Plaintiff is referred to Docket No. 22 and to the Order of Instructions, [Doc. 4], for guidance on how to prosecute this case.

**IT IS, THEREFORE, ORDERED** that Docket No. 23 is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: September 24, 2021

Martin Reidinger
Chief United States District Judge