UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00203-MR

| | | |
|---|---|---|
| **WENDELL J. LE MAITRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FNU CHESTER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**UPON MOTION** of Defendants to extend the dispositive motions deadline [Doc. 39] and to deem such motion timely filed [Doc. 40] and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' motions [Docs. 39, 40] are **GRANTED** and the parties shall have until June 17, 2022, to file dispositive motions in this matter.

**IT IS FURTHER ORDERED** that the Court's Order [Doc. 37] is hereby **VACATED**.

The Clerk is respectfully instructed to update the docket in this matter to reflect the true full names of the Defendants as follows: Russell Chester for FNU Chester, Thomas Dula for FNU Dula, Christopher Lipford for FNU Lipford, James Cox for FNU Cox, and Kevin Roberts for FNU Robertson

**IT IS SO ORDERED**.

Signed: May 20, 2022

Martin Reidinger
Chief United States District Judge